# United States District and Bankruptcy Court
## For the District of Columbia

**FILED**
JUL 12 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sallie Freeman
1776 "I" Street N.W.
Washington, D.C. 20006
202-756-1481

Case: 1:11-cv-01257
Assigned To : Wilkins, Robert L.
Assign. Date : 7/12/2011
Description: TRO/PI

VS

Penske Truck Leasing Co. L.P.
1301 Grover Court
Chester, Virginia 23836

Gallagher Bassett Serv. Inc.
One Sterling Place
100 Sterling Parkway
Suite 110
Mechanicsburg, PA 17050

William Holweg - Claims Adjuster
One Sterling Place
Gallagher Bassett Services, Inc.
100 Sterling Parkway
Suite 100
Mechanicsburg, PA 17050

RECEIVED
JUL -5 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

# COMPLAINT

ALLEGATIONS AND VIOLATIONS OF FEDERAL STATUES

1. RENTAL OF AN UNSAFE VEHICLE - VIOLATIONS OF DEPARTMENT OF TRANSPORTATION CODES AND MOTOR VEHICLE REGULATIONS AND INSPECTION.

2. VIOLATION OF THE AMERICANS WITH DISABILITY ACT

3. NEGOGIATION IN BAD FAITH

4. CAUSED UNDUE STRESS, ADDITIONAL MEDICAL PROBLEMS TO THE PLAINTIFF, SALLIJO FREEMAN.

5. LOSS OF INCOME, WORK DUE TO MAKING FALSE STATEMENTS TO THE PLAINTIFF, SALLIJO FREEMAN

6. DEFENDANTS INTENTIONALLY PUT THE PLAINTIFF AT RISK AND THE LOSS OF HOUSING DUE TO THE FALSE STATEMENTS AND ACCUSATIONS. THE PLAINTIFF, MS. FREEMAN HAS COPIES OF EMAILS THAT WERE SENT TO MS FREEMAN.

7. THE PLAINTIFF IS SEEKING MONETARY AND PUNATIVE DAMAGES. → MONETARY 750,000
   PUNATIVE 950,000

8. THE DEFENDANTS REMOVED THE DEFECTIVE TIRES IN THE MIDDLE OF THE NIGHT - AFTER THE PLAINTIFF HAD CALLED AND REPORTED THE TRAFFIC INCIDENT, WITHOUT

9. THE DEFENDANTS DID NOT REPORT THE INCIDENT TO MEDICARE WHICH IS REQUIRED BY LAW WITHIN 60 DAYS

10. THE PLAINTIFF IS SEEKING A SPEEDY RESOLUTION DUE TO THE PENDING LOSS OF HOME - JULY 11, 2011 AND DETERIORATION OF HEALTH OF THE PLAINTIFF, MS FREEMAN

SIGNATURE: _Sallijo Freeman_
DATE: July 5, 2011
SALLIJO FREEMAN
1776 "I" STREET N.W.
WASHINGTON, D.C. 20006