UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA


SALLIJO FREEMAN
1776 I STREET N.W.
9TH FLOOR
WASHINGTON, D.C. 20006


VS

CIVIL ACTION NO. 1-2011-CV-01257 RLW

AMENDED COMPLAINT


PENSKE TRUCK LEASING COMPANY L.P
1301 GROVER COURT
CHESTER, VIRGINIA 23836

GALLAGHER BASSETT SERVICES INC.
ONE STERLING PLACE
100 STERLING PARKWAY
SUITE 110
MECHANICSBURG, PA 17050

WILLIAM HOLWEG
AS CLAIMS ADJUSTER
ONE STERLING PLACE
100 STERLING PARKWAY
SUITE 110
MECHANICSBURG, PA 17050

STONEGATE APARTMENTS
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554

MS. KRISTIE BEDDARD
AS PROPERTY MANAGER AND INDIVUALLY
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554


SL NUSBAUM REALTY CO.
T/A STONEGATE APTS
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554

**RECEIVED**

AUG - 8 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DANA CORP
4500 DORR STREET
TOLEDO, OHIO 43615

GMH COMMUNITITES TRUST
NEWTON SQUARE, PA 19073
SIC: 6513
SEC FILE-001-32298

DREYFUS PREMIER MUNICIPAL BOND FUND
200 PARK AVENUE
NEW YORK CITY, NY 10166
SEC FILE #811-04764


NOW COMES THE PLAINTIFF, SALLIJO FREEMAN TO HAVE THIS MATTER HEARD BEFORE THIS HONORABLE COURT.

THE ISSUES ARE:

1.THE DEFENDANT PENSKE TRUCK LEASING RENTED A TRUCK TO THE PLAINTIFF THAT WAS NOT ROAD READY, THE TIRES WERE DEFECTIVE, THE FRAME CAUSED A PULLING TO THE RIGHT.

THE PLAINTIFF WILL PROVE PENSKE HAS A INFERIOR MAINTANCE POLICY IN VIOLATION OF THE LAWS OF THE COMMONWEALTH OF VIRGINIA AND THE FEDERAL LAWS OF THE INTERSTATE HIGHWAY SYSTEM REGARDING TRUCKS.

THE DEFENDANTS, GALLAGHER BASSETT SERVICES AND MR. WILLIAM HOLWEG, CLAIMS ADJUSTER, DID DELIBERATLY AND WITH MALICE BREACH THE ORAL AGREEMENT, MAKE FALSE PROMISES, KNOWINGLY AND WITH THE INTENT OF NOT HONORING THE PROMISES AND ORAL AGREEMENT REGARDING THE SETTLEMENT. THEREFORE CAUSING THE LIFE ALTERING EVENTS THAT OCCURRED, THE THEFT OF THE PROPERTY OF THE PLAINTIFF, THE LOSS OF WORK, THE LOSS OF THE DOMICILE AND THE TRAUMA TO THE BODY OF A ELDERLY PERSON.

2. THE DEFENDANT, STONEGATE APARTMENTS, S L NUSBAUM, DID VIOLATE THE CIVIL RIGHTS OF THE PLAINTIFF, INTERFERENCE AND TAMPERING WITH THE FEDERAL MAIL DELIVERY AND BLANTANT DISCRIMINATION DUE TO ETHIC BACKGROUND.

THE PLAINTIFF WILL BE ABLE TO PROVE THAT THE DEFENDANTS ACTED WITH MALICE, MALICIOUS INTENT TO DEFRAUD THE PLAINTIFF OF HER PROPERTY AND VIOLATION OF HER CIVIL RIGHTS,

THE PLAINTIFF WAS SINGLED OUT BASED ON HER AGE AND DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT **42 U.S.C.A. 12102, 18, 16, 25, 11, 22**

STEALING THE WHEEL CHAIR OF THE PLAINTIFF WAS PREMEDIATED AND TO CAUSE THE PLAINTIFF ADDITIONAL HEALTH PROBLEMS INCLUDING MINIMIZING HER MOBILITY, LEAVING THE PLAINTIFF WITH AN OLD WALKER FOR AID.

THE PLAINTIFF CANNOT HAVE ADDITIONAL INJECTIONS IN HER SPINE AND INDIVIDAUL JOINTS THAT ASSIST IN HER MOBILITY DUE TO THE MEDICAL PROCEDURE IS ONLY PERMISSIBLE EVERY 4 TO 6 MONTHS DUE TO THE POSSIBLITY OF ADRENDAL FAILURE AND DEATH.

3. THE DEFENDANTS, S L NUSBAUM AND MS. BEDDARD DID TAMPER WITH THE MAIL OF THE PLAINTIFF, REPEATEDLY DESPITE DIRECTIONS TO THE POST OFFICE NOT TO LEAVE ANY MAIL OR PACKAGES AT THE RENTAL OFFICE IN VIOLATION OF **18 USCS 1701.**

THE DEFENDANTS, SL NUSBAUM AND MS BEDDARD CONFICATED THE PROPERTY OF THE PLAINTIFF WITHOUT DUE PROCESS. THE DESK TOP COMPUTER WAS AMONG THE ITEMS TAKEN, THE DESK TOP WAS USED FOR WORK DONE WITH DEFENSE CONTRACTORS, THE FEDERAL GOVERNMENT AND

THE DEVELOPMENT OF BODY ARMOR FOR THE MILITARY AND LAW ENFORCEMENT.

A TRANSMITTER WAS BEING DEVELOPED BY THE PLAINTIFF AS WELL AS THE NEW BODY ARMOR DESIGN. FORMS SUPPLIED BY THE NIJ(DIV OF THE DOJ) FOR THE INITIAL REGESTRATION OF THE TESTING PHASE HAD BEEN SENT AND STORED IN THAT COMPUTER.

THE PATENT APPLICATION WAS BEING PREPARED BY THE PLAINTIFF AND DISCUSSIONS WITH SEVERAL DIFFERENT AGENCIES REGARDING THE BODY ARMOR WERE WAITING TO SEE A PROTO TYPE.

THE RADIO TRANSMITTER GENERATED INTEREST FROM SEVERAL DEFENSE CONTRACTORS. THE PRODUCT HAD BEEN DISCUSSED AT THE GEOSPACE EVENT IN RESTON, VA AT THE TRADE EVENT. EVIDENCE WILL BE PRODUCE AT THE HEARING.

THE COMPUTER WAS IN THE CARE OF THE PLAINTIFF AND SECURE AT ALL TIMES. NO ONE HAD ACCESS TO THAT COMPUTER OTHER THAN THE PLAINTIFF.

SEE EXHIBIT #3, 4. 5, 6 AND 7.

THE PLAINTIFF WILL NOTIFY THE DHS AS SUGGESTED IN THE CORRESPONDENCE FROM THE DIA. THE PLAINTIFF WANTED TO FILE THE SUMMONS AND COMPLAINT AS QUICKLY AS POSSIBLE. HOWEVER DUE TO HEALTH PROBLEMS THAT HAS CAUSED A DELAY.

THE DEFENDANTS DANA CORPORATION, DREYFUS PREMIER AND GMH ARE NAMED IN THIS ACTION DUE TO THE RELATIONSHIP AND OWNERSHIP OF STONEGATE APARTMENTS. DANA CORPORATION IS AN INVESTOR AND OWNER OF A SERIES OF APARTMENTS THRU OUT SEVERAL STATES ESPECIALLY IN AREAS OF MILITARY BASES AND COLLEGES. THE DEFENDANT GMH IS LISTED AS THE APARTMENT BUILDING

OPERATORS AND HAVE A SIC CODE OF 6517, AN IDENTIFICATION USED FOR GOVERNMENT CONTRACTORS.  GMH HAS BEE IDENTIFIED AS A SUPPLIER TO THE MILITARY AND BIDDER FOR BRAC CONTRACTS.

THE DANA CORPORATION HAS SEVERAL FOREIGN INVESTORS LISTED INCLUDING SOME THAT HAVE LOCATIONS IN SOME PARTS OF THE WORLD KNOWN FOR THE LACK OF ADMIRATION FOR THE UNITED STATES.

THE DEFENDANT DREYFUS PREMIER MUNICIPAL BOND FUND IS NAMED AS A DEFENDANT DUE TO THE FACT THAT WALL STREET DOES NOT HAVE AN INTEREST OF THE ORGINIATION OF THE FUNDS THAT IT ONLY PRODUCES A BOTTOM LINE.

THE DEFENDANTS NAMED ABOVE HAVE ACCESS TO MILITARY BASES AND COLLEGES.

   NOW COMES THE PLAINTIFF, SALLIJO FREEMAN IS ASK THE COURT TO SCHEDULE THE EARLIEST HEARING AT THE CONVIENENCE OF THE COURT.

EVERY DAY SINCE JULY 21, THE PLAINTIFF HAS BEEN DENIED HER PROPERTY AND THE TOOLS OF HER TRADE, INCLUDING THE DESK TOP COMPUTER AND PHONE SYSTEM.

   THE PLAINTIFF HAS BEEN DENIED TH E PROPER MEDICAL TREATEMENT DUE TO THE SERIES OF LIFE ALTERING EVENTS CAUSED BY THE ACTIOMS OF THE DEFENDANTS.

THE PLAINTIFF SEEKS COMPENSATORY DAMAGES AND PUNITIVE DAMAGES AGAINST ALL OF THE DEFENDANTS.  THE ACTIONS OF THE DEFENDANTS WERE AND ARE REPREHENSIBLE AND COULD HAVE BEEN ADVOIDED.

THE PLAINTIFF HEREBY PRAYS THE COURT GRANTS THE RELIEF REQUESTED.

AND GRANT THE HEARING REQUESTED.

SIGNED _____
SALLIJO FREEMAN

DATE *[signature]*
AUGUST [ ],2011

## AFFIDAVIT OF SERVICE

A COPY OF THE SUMMONS AND COMPLAINTS WITH EXHIBITS HAS BEEN FAXED, EMAIL, OR SENT VIA THE USPS FIRST CLASS MAIL THIS DAY, AUGUST ___ 2011 TO THE ADDRESS, FAX OR EMAIL ON THE RECORD FOR THE DEFENDANTS.

SIGNED *[signature]*
SALLIJO FREEMAN

DATE: *[signature]*
AUGUST [ ], 2011

## SERVICE

PENSKE TRUCK LEASING COMPANY L.P.
1301 GROVER COURT
CHESTER, VIRGINIA 23836
LEGAL DEPARTMENT
FAX-610-775-6330

---

WILLIAM HOLWEG
CLAIMS ADJUSTER
ONE STERLING PLACE
100 STERLING PARKWAY
SUITE 110
MECHANICSBURG, PA 17050
TEL:
FAX: 1-866-703-3359
FAX: 1-866-782-7285

GALLAGHER BASSETT
DIANE S. WIEST
LEGAL DEPARTMENT
ARTHUR J. GALLAGHER & CO.
TWO PERCE PLACE
ITASCA, IL 60143
FAX: 1-630-285-3483-LEGAL DEPARTMENT
TEL- 630-285-4016

STONEGATE APARTMENTS
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554

REGISTERED AGENT
BUSINESS MANAGER
STONEGATE APARTMENTS
P.O.BOX 124
BLACKSBURG, VIRGINIA 24063-0124
TEL: 1-540-951-2449
MCOOP@STONEGATEAPARTMENTS.COM

MS. KRISTIE BEDDARD
PROPERTY MANAGER AND INDIVIDUALLY
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554

SL NUSBAUM REALTY CO.
T/A STONEGATE APTS
20 STONEGATE PLACE
STAFFORD, VIRGINIA 22554


DANA CORPORATION
4500 DORR ST.
TOLEDO, OH  43615
419-535-4500

PLACE OF INC-VA


GMH COMMUNITIES TRUST
NEWTON SQUARE, PA 19073

SIC:  6513- APT BUILDING OPERATORS
TICKER: GCT
SEC-FILE # 001-32298

DREYFUS PREMIER MUNICIPAL BOND FUND
200 PARK AVE
NYC, NY 10166

TICKER:  DMBCX
SEC FILE# 811-04764